## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| TIEMOKO COULIBALY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 14-712 (RC) |
| | : | | |
| v. | : | Re Documents No.: | 27, 28, 36, 38 |
| | : | | |
| JOHN KERRY, *U.S. Secretary of State, et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### APPOINTING PLAINTIFF COUNSEL FOR PURPOSE OF BRIEFING FAMILY MEDICAL LEAVE ACT ISSUES ARGUED BY DEFENDANTS AND ADDRESSED BY THE COURT

In light of Plaintiff's indigent status and Defendants' arguments pertaining to the Family Medical Leave Act in Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment and Memorandum of Law in Support (ECF No. 27); the Court's Order Directing Defendants to Submit Supplemental Briefing (ECF No. 36); and Defendants' Supplemental Memorandum (ECF No. 38); it is hereby **ORDERED** that the Clerk of Court shall appoint Plaintiff counsel from the Court's Civil Pro Bono Panel for the limited purpose of briefing the Family Medical Leave Act issues raised by Defendants and addressed by the Court, pursuant to Local Civil Rule 83.11.  If appropriate, and appointed counsel consents, Plaintiff may seek expansion of this appointment for this case and/or Plaintiff's related case (14-cv-189).

**SO ORDERED**.

Dated:  September 26, 2016

RUDOLPH CONTRERAS
United States District Judge