UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIEMOKO COULIBALY, :
:
    Plaintiff, :   Civil Action No.:   14-cv-712 (RC)
:
v. :
:
ANTONY BLINKEN, :
U.S. Secretary of State, :
:
    Defendant. :

### VERDICT FORM

*Part I – Title VII*

(1) Do you find that Dr. Coulibaly has proven by a preponderance of the evidence each of the elements necessary to establish that the U.S. Department of State subjected him to disparate treatment based on his race, color, and/or national origin in violation of Title VII?

    Yes ✓    No _____

Please proceed to Question 2.

(2) Do you find that Dr. Coulibaly has proven by a preponderance of the evidence each of the elements necessary to establish that the U.S. Department of State retaliated against him based on his participation in protected activity, in violation of Title VII?

    Yes ✓    No _____

Please proceed to Question 3.


Court Exhibit

(3) Do you find that Dr. Coulibaly has proven by a preponderance of the evidence each of the elements necessary to establish that the U.S. Department of State subjected him to a hostile work environment based on his race, color, and/or national origin, in violation of Title VII?

Yes ✓       No _____

If you answered "yes" to *any* of the above questions, proceed to Question 4. If you answered "no" to *all* of the above questions, do not answer Question 4, but turn the page and proceed to Question 5.

(4) What sum of money, if any, do you find would fairly and reasonably compensate Dr. Coulibaly for any damages he suffered as a result of the Department of State's violation(s) of Title VII?

$ 500,000

Turn the page and proceed to Question 5.

## Part II – Family and Medical Leave Act

(5) Do you find that Dr. Coulibaly has proven by a preponderance of the evidence each of the elements necessary to establish that the U.S. Department of State interfered with his right to take leave under the Family and Medical Leave Act?

Yes ✓     No _____

Proceed to Question 6.

(6) Do you find that Dr. Coulibaly has proven by a preponderance of the evidence each of the elements necessary to establish that the U.S. Department of State retaliated against him based on his participation in activity protected under the Family and Medical Leave Act?

Yes _____     No ✓

SO SAY WE ALL.

Signature of Foreperson: 

Date: 4/5/2022